Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
Liana Wong (SBN 347015)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com; lvandenburg@thwvlaw.com;
lwong@thwvlaw.com

Attorneys for Defendant                                              JS-6
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YIHUA CHEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02199-FMO-RAO<br><br>**ORDER GRANTING JOINT STIPULATION [15]  RE DISMISSAL OF ACTION WITH PREJUDICE** |

## ORDER

By stipulation of the parties, which the Court accepts and approves, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 23, 2024            /s/ Fernando M. Olguin
                                  United States District Judge